United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Kumaran et al vs. Vision Financial Market et al  1:20-Cv-03871*

## NOTICE OF PAYMENT 1:20:CV03871

COURT RECEIVED PAYMENT MAY 28, 2020

Dear Honorable Court,

Please find attached notice of payment in accordance with April 1 ECF Addendum for Covid19 rules. Receipts and proof of delivery are attached.

Respectfully submitted,

//SSK//

Samantha S. Kumaran