USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran,

                Plaintiff,

-against-

Vision Financial Markets, LLC,

                Defendants.

1:20-cv-03871 (GHW) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The Clerk of Court is directed to issue a summons as to Defendant Julie Villa. Plaintiff shall serve the summons and complaint on Defendant Villa within 90 days of the issuance of the summons.

**SO ORDERED.**

DATED:      New York, New York
                August 21, 2020

_____
STEWART D. AARON
United States Magistrate Judge