```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran,

                Plaintiff,

-against-

Vision Financial Markets, LLC,

                Defendants.

1:20-cv-03871 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that Defendants other than Julie Villa shall move, answer or otherwise respond to the Amended Complaint (ECF No. 20) no later than December 1, 2020. The Court shall email a copy of this Order to counsel for Defendants (other than Villa) who executed the waiver of service. (*See* ECF No. 9.)

**SO ORDERED.**

DATED:      New York, New York
                October 27, 2020

_____
STEWART D. AARON
United States Magistrate Judge