```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran,

                     Plaintiff,

-against-

Vision Financial Markets, LLC,

                     Defendants.

1:20-cv-03871 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that Defendant Villa shall respond to Plaintiff's Letter Motion for costs pursuant to Federal Rule of Civil Procedure 4(d)(2) (*see* ECF No. 27) no later than December 30, 2020.

Defendant Villa is advised that there is a free legal clinic in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). An unrepresented party can make an appointment by calling 212-659-6190. Additional information is available on the Court's website at https://nysd.uscourts.gov/attorney/legal-assistance.

The Clerk of Court is directed to mail a copy of this Order to *pro se* Defendant Villa. In addition, a copy of this Order will be emailed to Defendant Villa by Chambers.

**SO ORDERED.**

DATED:	New York, New York
	November 30, 2020

	_____
	STEWART D. AARON
	United States Magistrate Judge

2