**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| SAMANTHA SIVA KUMARAN | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:20-cv-03871-GHW-SDA |
| | ) | |
| vs. | ) | |
| | ) | Related Case: 1:20:CV 03668 |
| VISION FINANCIAL MARKETS, LLC, | ) | Related Case: 1:20:CV 03873 |
| VISION INVESTMENT ADVISORS, LLC, | ) | |
| VISION BROKERAGE SERVICES, LLC, | ) | |
| H ROTHMAN FAMILY, LLC, | ) | December 1, 2020 |
| BOSHNACK FAMILY, LLC, | ) | |
| HIGH RIDGE HOLDING CORPORATION, | ) | |
| LLC, HIGH RIDGE FUTURES, LLC, | ) | |
| HOWARD ROTHMAN, ROBERT | ) | |
| BOSHNACK, JOHN FELAG, JULIE VILLA, | ) | |
| GERARD STEPHEN LAZZARA, | ) | |
| LAZZARA CONSULTING, INC. | ) | |
| | ) | |
| Defendants. | ) | |

_____

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Vision Financial Markets

LLC; Vision Investment Advisors, LLC; Vision Brokerage Services LLC; H. Rothman Family

LLC; Boshnack Family, LLC; High Ridge Holding Corporation, LLC; High Ridge Futures,

LLC;  and Lazzara Consulting Inc. make the following disclosures through undersigned counsel:

**Vision Financial Markets LLC**

Vision Financial Markets LLC is a privately-held limited liability company that has no

parent or holding entity.  No publicly held company owns 10% or more of Vision Financial

Markets LLC.

**Vision Investment Advisors, LLC**

Vision Investment Advisors, LLC is a privately-held limited liability company that has no parent or holding entity. No publicly held company owns 10% or more of Vision Investment Advisors, LLC.

**Vision Brokerage Services LLC**

Vision Brokerage Services LLC is a privately-held limited liability company that has no parent or holding entity. No publicly held company owns 10% or more of Vision Brokerage Services LLC.

**H. Rothman Family LLC**

H. Rothman Family LLC is a privately-held limited liability company that has no parent or holding entity. No publicly held company owns 10% or more of H. Rothman Family LLC.

**Boshnack Family, LLC**

Boshnack Family, LLC is a privately-held limited liability company that has no parent or holding entity. No publicly held company owns 10% or more of Boshnack Family, LLC.

**High Ridge Holding Company, LLC**

High Ridge Holding Company, LLC (erroneously named as High Ridge Holding Corporation, LLC) is a privately-held limited liability company that has no parent or holding entity. No publicly held company owns 10% or more of High Ridge Holding Company, LLC.

**High Ridge Futures, LLC**

High Ridge Futures, LLC is a direct, wholly-owned subsidiary of High Ridge Holding Company, LLC. No publicly held company owns 10% or more of High Ridge Futures, LLC.

**Lazzara Consulting, Inc.**

Lazzara Consulting, Inc. is a privately-held corporation that has no parent corporation.

No publicly held company owns 10% or more of Lazzara Consulting, Inc.

Respectfully submitted,

WIGGIN AND DANA LLP

  /s/ Jenny R. Chou
Jenny R. Chou
One Century Tower
P.O. Box 1832
New Haven, CT  06508-1832
Phone:  (203) 498-4302
Fax:      (203) 782-2889
E-mail: jchou@wiggin.com

*Attorneys for Vision Financial Markets LLC; Vision Investment Advisors, LLC; Vision Brokerage Services LLC; H. Rothman Family LLC; Boshnack Family, LLC; High Ridge Holding Company, LLC; High Ridge Futures, LLC;  Lazzara Consulting Inc.*