```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran,

                           Plaintiff,

          -against-

Vision Financial Markets, LLC,

                           Defendants.

1:20-cv-03871 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. As no party objects to adding Nefertiti Risk Capital Management, LLC ("NRCM") as a plaintiff in this action, Plaintiff and NRCM shall file a Second Amended Complaint ("SAC") adding NRCM as a plaintiff no later than February 26, 2021. Accordingly, the pending motions to dismiss the First Amended Complaint (ECF Nos 26 & 36) are deemed moot.

2. No later than March 19, 2021, Plaintiff Kumaran shall file either: (a) a reply in support of her motion for costs (*see* ECF No. 27), or (b) a letter indicating that she no longer intends to pursue such motion.

3. Defendants shall file their anticipated motion to dismiss the SAC (and/or to compel arbitration) no later than April 19, 2021. Plaintiffs shall file their opposition no later than June 14, 2021 and Defendants shall file any reply no later than July 6, 2021.

The Clerk of Court is respectfully requested to terminate the motions at ECF No. 26 and ECF No. 36 as moot.

The Clerk of Court is further requested to mail a copy of this Order to *pro se* Defendant Villa. In addition, a copy of this Order will be emailed to Defendant Villa by Chambers.

**SO ORDERED.**

DATED:   New York, New York
         January 26, 2021

_____
STEWART D. AARON
United States Magistrate Judge