# Brian August, Esq.
## AugustLawNYC
### 100 Willoughby Street, 9E
### Brooklyn, NY 11201

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/26/2021__

**VIA ECF/EMAIL**

Honorable Judge Stewart D. Aaron
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The telephone conference scheduled for April 28, 2021 is adjourned until April 30, 2021 at 4:00 p.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. SO ORDERED.

Dated: April 26, 2021

April 25, 2021

Re: *Kumaran et al vs. Vision Financial Markets LLC et al* **1:20-CV-03871-GHW-SDA**

Dear Judge Aaron:

Pursuant to the Court's Individual Rules, I am writing to respectfully request a change in the time to the conference scheduled on Wednesday, April 28, 2021 at 11:00 am. I am unavoidably conflicted. For the last month, I have had a standing commitment every weekday morning, which will end on Thursday, April 29.

I have notified the other parties and am proposing either of the following time windows:

Thursday, April 29 2pm – 5pm
Friday, April 30 9am-5pm

I have received the consent of Ms. Kumaran and Julie Villa, but have not heard from Jenny Chou's office as of the time of this writing.

Please let us know if any of these times works for the Court. I apologize for any inconvenience.

Brian August

/S/ Brian August
AugustLawNYC
100 Willoughby Street 9E
Brooklyn, NY 11201
(917) 664-4465
bmaugust61@gmail.com
www.augustlawnyc.com

*Counsel for Nefertiti Risk Capital Management, LLC*