UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran,

                Plaintiff,

-against-

Vision Financial Markets, LLC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2021

1:20-cv-03871 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that the motion by Nefertiti Asset Management, LLC ("NAM") and Nefertiti Holding Corporation ("NHC") to intervene (ECF No. 60) is GRANTED ON CONSENT. (*See* 4/30/2021 Order, ECF No. 69.)

Having reviewed Plaintiff Kumaran's letter regarding the filing of a Second Amended Complaint ("SAC") (ECF No. 70) and Defendants' response (ECF No. 71), it is further Ordered that Plaintiffs must comply with the Court's April 30, 2021 Order, which requires, *inter alia*, each Plaintiff to sign the forthcoming SAC with respect to the allegations made by her/it.[1] (Order, ECF No. 69.) The SAC shall clearly state which claims are being brought by which Plaintiff(s). As the Court previously has held, Kumaran herself lacks the authority to control the pleading on behalf

---

[1] Kumaran's argument that the Court erroneously struck the pleading filed at ECF Nos. 55 is without merit. While Kumaran previously had been granted leave to amend (*see* ECF No. 14), on January 26, 2021, after NRCM was added as a party, the Court ordered Kumaran and NRCM to file a Second Amended Complaint adding NRCM as a plaintiff. (1/26/2021 Order, ECF No. 44.) Instead, between March 15, 2021 and April 1, 2021, Kumaran filed her own amended pleadings and NRCM and NAM (which was not yet a party to this action) filed additional pleadings. (*See* ECF Nos. 48, 49, 50, 55, 56.) As the Court explained during the April 30, 2021 telephone conference, Plaintiffs must file a single pleading. Accordingly, the Court struck the prior pleadings and set the current July 31, 2021 deadline for Plaintiffs to file a single SAC. (4/30/2021 Order, ECF No. 69.)

of the other Plaintiffs. (*See, e.g.*, 8/20/2020 Order ECF No. 13 (dismissing claims brought by Kumaran on behalf of other entities).)

The Clerk of Court is respectfully requested to mail a copy of this Order to *pro se* Defendant Villa. In addition, a copy of this Order will be emailed to Defendant Villa by Chambers.

**SO ORDERED.**

DATED:    New York, New York
          May 28, 2021

_____
STEWART D. AARON
United States Magistrate Judge