USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                 :
SAMANTHA SIVA KUMARAN, et al.,         :
                                                 :
                             Plaintiffs,:
                                                 :                  1:20-cv-3871-GHW
               -against-                        :                          <u>ORDER</u>
                                                 :
VISION FINANCIAL MARKETS, LLC, et al., :
                                                 :
                            Defendants.:
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court has received Plaintiff's motion, Dkt. Nos. 75 and 76, and Defendant's response, Dkt. No. 79. Plaintiff's reply is due no later than July 14, 2021.

SO ORDERED.

Dated: June 29, 2021
New York, New York

                                                               _____
                                                                  GREGORY H. WOODS
                                                               United States District Judge