USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2021

JULIE VILLA
Pro Se
933 Nottingham Road
Keller, TX  76248
Phone 808-357-6764
Email: julievilla2002@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMANTHA SIVA KUMARAN,<br>NEFERTITI RISK CAPITAL MANAGEMENT, LLC,<br>NEFERTITI ASSET MANAGEMENT, LLC<br>NEFERTITI HOLDING CORPORATION<br>　　　　Plaintiffs,<br>　　vs.<br><br>Vision Financial Markets, LLC<br>Howard Rothman,<br>Robert Boshnack,<br>High Ridge Holding Corporation, LLC<br>High Ridge Futures, LLC<br>H Rothman Family, LLC<br>Boshnack Family, LLC<br>Vision Brokerage Services, LLC<br>John Felag,<br>Vision Investment Advisors, LLC<br>Lazzara Consulting, Inc,<br>Gerard Stephen Lazzara,<br>Julie Villa<br>　　　　Defendants | Case   No:1:20:CV:03871-GHW-SDA<br><br>Related Case: 1:20:CV 03873<br><br>Related Case: 1:20:CV 03668<br><br>September 13, 2021 |

**CONSENT MOTION TO MODIFY PAGE LIMITATIONS**
**<u>FOR RESPONSE TO PLAINTIFF'S SECOND AMENDED  COMPLAINT</u>**

Defendant Julie Villa respectfully moves for an order of this court modifying page limits for Defendant to submit a memorandum of law totaling thirty-five pages in support of her intended motion in response to the Second Amended Complaint (ECF No. 89).

The Second Amended Complaint asserts eighteen different causes of action and nine hundred and ninety-six numbered paragraphs against individual Defendant through a collective style pleading. Defendant moves for an order adding an additional ten pages of briefing to her memorandum of law, totaling thirty five pages, to adequately respond to the Second Amended Complaint.

Defendant in Pro se has contacted Plaintiffs (Kumaran Pro Se, individually and attorney August, as Counsel, for named entities) and they have consented to the modification adding ten pages to Defendant's Motion to Dismiss.

Respectfully submitted,

_/s/ Jule Villa_____

JULIE VILLA

Pro Se
933 Nottingham Road
Keller, TX  76248
Phone 808-357-6764
Email: julievilla2002@gmail.com

Application GRANTED. SO ORDERED.
Dated: September 14, 2021