```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran et al.,

                Plaintiffs,

-against-

Vision Financial Markets, LLC et al.,

                Defendants.

1:20-cv-03871 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered that Defendant Villa's motion to disqualify attorney David Kostus (ECF No. 167) is DENIED and the motion to substitute (ECF No. 166) is GRANTED.

**SO ORDERED.**

Dated:    New York, New York
           April 15, 2022

_____
STEWART D. AARON
United States Magistrate Judge