UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

| | |
|---|---|
| SAMANTHA SIVA KUMARAN, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| -v - | : |
| | : |
| VISION FINANCIAL MARKETS, LLC, et al., | : |
| | : |
| Defendant. | : |
| | : |

------------------------------------------------------------------ X

┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED:  5/20/2022           │
└─────────────────────────────────┘

1:20-cv-3871-GHW
1:20-cv-3668-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record at the conference held on May 20, 2022, Joel MacMull's

motion to withdraw, filed at Dkt. No. 141 in Case No. 20-cv-3873, is granted.  The Clerk of Court is

directed to terminate Joel MacMull from the list of active counsel in both Case No. 20-cv-3871 and

20-cv3668.

SO ORDERED.

Dated:  May 20, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge