```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                               :

SAMANTHA SIVA KUMARAN, et al.,       :

                                             :

                        Plaintiffs,      :       1:20-cv-3871-GHW

                                             :

                -v -                              :       <u>ORDER</u>

                                             :

VISION FINANCIAL MARKETS, LLC, et al.,  :

                                             :

                        Defendant.      :

                                             :
------------------------------------------------------------------ X
GREGORY H. WOODS, United States District Judge:

     On April 1, 2022, the stay in this case was lifted upon the filing of a notice of appearance by David Solomon Kostus and Joel Geoffrey MacMull. *See* Dkt. Nos. 163–65. The Clerk of Court is directed to remove the stay from the docket.

     SO ORDERED.

Dated: May 26, 2022
      New York, New York

                                                     _____
                                                        GREGORY H. WOODS
                                                    United States District Judge