USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                          :

SAMANTHA SIVA KUMARAN, et al.,        :

                           Plaintiffs,    :        1:20-cv-3871-GHW

                                -v -               :        <u>ORDER</u>

VISION FINANCIAL MARKETS, LLC, et al.,  :

                           Defendants.  :

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       On June 18, 2022 the Court stayed this case through July 18, 2022 to allow Plaintiffs Nefertiti Risk Capital Management, LLC, Nefertiti Holding Company, and Nefertiti Asset Management, LLC (collectively, the "Corporate Plaintiffs") to search for and retain replacement counsel. Dkt. No. 216. Counsel entered a notice of appearance for the Corporate Plaintiffs on July 18, 2022. Dkt. No. 217. On July 20, 2022, counsel for the Corporate Plaintiffs filed a request for a 60-day stay of this case, which was joined by Ms. Kumaran. *See* Dkt. Nos. 220–21.

       Plaintiffs' request for a stay is granted in part and denied in part. This case, along with the two related cases, have an extensive and complicated procedural history. Additionally, as counsel identified, the Court has experienced issues with prior counsel for the Corporate Plaintiff's. As a result, the Court understands that counsel will need time to become familiar with the issues presented in this case and to determine whether and to what extent he wishes to continue his representation of the Corporate Plaintiffs going forward. In order to provide counsel that time, this case is stayed until August 3, 2022. After that point, if counsel continues his representation in this case, the Court will consider targeted requests for extensions of time of any pending deadlines. However, the Court declines to impose a blanket stay in this case beyond August 3, 2022.

       The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 220 and 221

and to indicate on the docket that this case is stayed.

    SO ORDERED.

Dated: July 20, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge