```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                      :

SAMANTHA SIVA KUMARAN, et al.,      :

                             Plaintiffs,   :        1:20-cv-3871-GHW

                  -v -                 :        <u>ORDER</u>

VISION FINANCIAL MARKETS, LLC, et al.,  :

                             Defendants.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    Plaintiffs' request for an extension of time to file objections to Judge Aaron's Report and Recommendation, Dkt. Nos. 224–25, is denied. The fourteen-day deadline to file objections to a report and recommendation is the default deadline under Federal Rule of Civil Procedure 72(b), which applies to all parties. The Court expects that Plaintiffs can meet this deadline.

    Ms. Kumaran's request for an extension of time to file reply briefs in connection with her motion filed at Dkt. No. 209, Dkt. No. 190, is granted. Ms. Kumaran's reply, if any, is due no later than fourteen days after the date of service of Defendant's opposition.

    The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 224 and 225.

    SO ORDERED.

Dated: August 8, 2022
       New York, New York

                                                        GREGORY H. WOODS
                                               United States District Judge