UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

__KUMARAN__, Plaintiff

v.

__VISION FINANCIAL MARKETS et al__, Defendant

Case No. __22-CV-1653-MPS__
[Put case number here]

was 20-CV-3871
(transferred from SDNY)

MOTION BY SELF-REPRESENTED LITIGANT TO
PARTICIPATE IN ELECTRONIC FILING

I am a Plaintiff/Defendant in this civil action. I have filed an appearance as a self- represented litigant, and I hereby request permission to file documents electronically. In so doing, I consent to the court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case. I understand that hard copies will no longer be issued by the court or opposing counsel. I understand that if my motion is granted, I must complete the Court's required training class on electronic filing for self-represented litigants and register for a PACER account before I can actually begin filing documents electronically. I certify that I can comply with the following requirements:

- A computer with access to the internet.

- Mozilla Firefox (Version 71.x and higher) or Safari (Version 13.x and higher) or Chrome (Version 78.x and higher) or Microsoft Edge (Version 42.x and higher).

- Adobe Reader (Version 7 or greater).

- Ability to create PDF files.

- An upgraded PACER account.

I have had ECF filing since 5/17/2020 in SDNY action & have completed training. Thankyou.

__SAMANTHA SIVA KUMARAN__
Name of Self-represented Litigant

__119 W 72nd #204__
Street Address

__NEW YORK, NY 10023__
City, State, Zip Code

__Samantha@timetricsrisk.com__
Email Address

__12/30/2022__
Date

__212-431-5098 (o) / 917-636-1364 (c)__
Telephone

Signature

Rev. 11-10-21